IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                                    )
UNITED STATES OF AMERICA, ex rel.,  )
WILLIAM JONES,                      )
                                    )
            Plaintiff,              )   Civil No.: 1:09 Civ. 1011 (GBL) (TRJ)
                                    )
      v.                            )
                                    )
ANIXTER INTERNATIONAL INC., et al., )
                                    )
            Defendants.             )
_____)

### ORDER

The United States, having intervened in part in this action for the purpose of effectuating the settlement agreement ("the Settlement Agreement") between the United States, defendants Anixter International, Inc. ("Anixter"), American Systems Corporation ("American Systems"), Corning Incorporated ("Corning"), and relator William Jones ("Relator"), and having declined to intervene with respect to Relator's allegations in the Amended Complaint not covered by the settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the United States and Relator having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a),

**IT IS HEREBY ORDERED** that:

1.     Relator's Amended Complaint, the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part, the Joint Stipulation of Dismissal, and this Order be unsealed;

2.     all other contents of the Court's file in this action shall remain under seal;

3.     all other matters occurring in this action after the date of this Order shall be filed publicly and not under seal;

4.	consistent with the terms of the Settlement Agreement, the False Claims Act claims asserted by Relator in this action on behalf of the United States and against American Systems, Anixter, and Corning for the Covered Conduct as defined in Paragraph F of the Settlement Agreement are dismissed with prejudice;

5.	the remaining False Claims Act claims asserted by Relator on behalf of the United States, as well as claims asserted by Relator in his individual capacity, and against American Systems, Anixter, and Corning in which the United States has not intervened, are dismissed with prejudice to Relator and without prejudice to the United States; and

6.	the claims asserted by Relator against all of the named defendants other than American Systems, Anixter, and Corning, are dismissed without prejudice to Relator and without prejudice to the United States.

**IT IS SO ORDERED**, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE